338          HAZLETT v. WHALEN.

Statement of Facts—Opinion of the Court.  [15 Pa. Superior Ct.

## Hazlett v. Whalen.

Argued Oct. 8, 1900.  Appeal, No. 69, Oct. T., 1900, by defendant, in suit of A. Hazlett to use of the Industrial Trust, Title & Savings Company against Ellen M. Whalen, owner, etc., appellant, who was sued with Archibald Neill, contractor, from judgment of C. P. No. 3, Phila. Co., Dec. T., 1893, No. 49, M. L. D., on verdict for plaintiff.  Before RICE, P. J., BEAVER, ORLADY, W. W. PORTER and W. D. PORTER, JJ.  Affirmed. Opinion by BEAVER, J.

Sci. fa. sur judgment.  Before McMICHAEL, J.

By agreement of counsel made at the trial, the testimony and verdict in Peters to use v. Whalen controlled this case.

Verdict and judgment for plaintiff for $104.76.  Defendant appealed.

*D. J. Callaghan*, with him *William A. Dever*, for appellant.

*E. Hunn Hanson*, with him *P. F. Rothermel, Jr.*, for appellee.

OPINION BY BEAVER, J., November 19, 1900:

This case was tried in the court below under an agreement of counsel that the verdict should follow the decision of Peters et al., use of, v. Whalen et al., the testimony taken in the latter case to apply to both.  The case was presented to us in the same paper-book and upon the same argument as No. 68 of October term, 1900, in which an opinion has this day been filed. The conclusion which we have reached in that case, therefore, applies to this and, for the reasons therein stated, the judgment is affirmed.